IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Barnes Jr, Keith

Printed: 4/15/08

Case Number: 07 B 18234
Judge: Squires, John H
Filed: 10/4/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 5, 2008
Confirmed: January 30, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,528.46 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,445.92 |
| Trustee Fee: |  | 82.54 |
| Other Funds: |  | 0.00 |
| Totals: | 1,528.46 | 1,528.46 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Gleason & Gleason | Administrative | 3,474.00 | 1,445.92 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 5. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 6. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 7. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 8. | Private Capital Group | Secured | 0.00 | 0.00 |
| 9. | Fremont Investment & Loan | Secured | 0.00 | 0.00 |
| 10. | Private Capital Group | Secured | 0.00 | 0.00 |
| 11. | Fremont Investment & Loan | Secured | 0.00 | 0.00 |
| 12. | Cook County Treasurer | Secured | 3,200.00 | 0.00 |
| 13. | Countrywide Home Loans Inc. | Secured | 2,617.70 | 0.00 |
| 14. | Countrywide Home Loans Inc. | Secured | 11,296.79 | 0.00 |
| 15. | Internal Revenue Service | Priority | 9,178.07 | 0.00 |
| 16. | LHR Inc | Unsecured | 1,079.21 | 0.00 |
| 17. | LHR Inc | Unsecured | 178.92 | 0.00 |
| 18. | Internal Revenue Service | Unsecured | 518.06 | 0.00 |
| 19. | Freemont Investment | Secured |  | No Claim Filed |
| 20. | Bureau Of Collection Recovery | Unsecured |  | No Claim Filed |
| 21. | Bureau Of Collection Recovery | Unsecured |  | No Claim Filed |
| 22. | Barclays Bank of Delaware | Unsecured |  | No Claim Filed |
| 23. | Barclays Bank of Delaware | Unsecured |  | No Claim Filed |
| 24. | Cook County Treasurer | Unsecured |  | No Claim Filed |
| 25. | Tesoro Card Services | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Barnes Jr, Keith

Printed:  4/15/08

Case Number:  07 B 18234
Judge:  Squires, John H
Filed:  10/4/07

|  |  |
|---|---|
| _____ | _____ |
| $ 31,542.75 | $ 1,445.92 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 82.54 |
|  | _____ |
|  | $ 82.54 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mack_____